UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SURFER INTERNET BROADCASTING :
OF MISSISSIPPI, LLC

                Plaintiff,      CASE NO. 08-CV-06357

  v.

XM Satellite Radio, Inc. et al

                Defendant.    **NOTICE OF APPEARANCE**

------------------------------------- x


PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Surfer Internet Broadcasting Of Mississippi, LLC in the above-entitled action.


Dated: New York, New York
       August 05, 2008

                                  DREIER LLP

                                  By: _____
                                       Seth H. Ostrow (SO 9605)
                                  499 Park Avenue
                                  New York, New York 10022
                                  Telephone: (212) 652-3734
                                  Facsimile:  (212) 600-9499

                                  Attorneys for Plaintiff Surfer Internet
                                  Broadcasting of Mississippi, LLC.