UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SURFER INTERNET BROADCASTING :
OF MISSISSIPPI, LLC
                                     :
                Plaintiff,      CASE NO. 08-CV-06357
                                     :
v.

XM Satellite Radio, Inc. et al      :

                Defendant.  :  **NOTICE OF APPEARANCE**

------------------------------------- x

      PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Surfer Internet Broadcasting Of Mississippi, LLC in the above-entitled action.

Dated: New York, New York
       August 05, 2008

                                            DREIER LLP

                                            By: _____
                                                Arianna Frankl (AF 7764)
                                          499 Park Avenue
                                          New York, New York 10022
                                          Telephone: (212) 652-3780
                                          Facsimile:  (212) 600-9499

                                          Attorneys for Plaintiff Surfer Internet
                                          Broadcasting of Mississippi, LLC.