UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SURFER INTERNET BROADCASTING :
OF MISSISSIPPI, LLC

                   :

              Plaintiff,      CASE NO. 08-CV-06357

                   :

     v.

                   :

XM Satellite Radio, Inc. et al

                   :

              Defendant.   :    **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf

of Surfer Internet Broadcasting Of Mississippi, LLC in the above-entitled action.

Dated: New York, New York
       August 05, 2008

                          DREIER LLP

                          By: _____
                            Karine Louis (KL 6652)
                          499 Park Avenue
                          New York, New York 10022
                          Telephone:  (212) 652-3793
                          Facsimile:   (212) 600-9499

                          Attorneys for Plaintiff Surfer Internet
                          Broadcasting of Mississippi, LLC.