UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SURFER INTERNET BROADCASTING :
OF MISSISSIPPI, LLC

                  Plaintiff,    :    CASE NO. 08-CV-06357

    v.             :

XM Satellite Radio, Inc. et al    :

                  Defendant.  :    **NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Surfer Internet Broadcasting Of Mississippi, LLC in the above-entitled action.

Dated: New York, New York
      August 05, 2008

                        DREIER LLP

                        By: _____
                           Nikitas E. Nicolakis (NN 1325)
                        499 Park Avenue
                        New York, New York 10022
                        Telephone:  (212) 652-3707
                        Facsimile:  (212) 600-9499

                        Attorneys for Plaintiff Surfer Internet
                        Broadcasting of Mississippi, LLC.