UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SURFER INTERNET BROADCASTING OF MISSISSIPPI, LLC<br><br>Plaintiff,<br><br>v.<br><br>XM SATELLITE RADIO, INC. and SIRIUS SATELLITE RADIO, INC.<br><br>Defendants. | 08-CV-06357 (RMB) |

### AFFIDAVIT OF DAVID FRANCESCANI IN SUPPORT OF MOTION TO ADMIT JOHN FRANCIS HORVATH PRO HAC VICE

David Francescani, being duly sworn, hereby deposes and says as follows:

1. I am a principal with the law firm of Fish & Richardson P.C., counsel for Defendant XM Satellite Radio, Inc. in the above captioned action. I am familiar with the proceedings in this case.

2. I submit this affidavit in support of John Horvath's motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto Mr. Horvath is a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against Mr. Horvath in any State or Federal Court.

5. Wherefore it is respectfully requested that the motion to admit John Horvath's pro hac vice, to represent Defendant XM Satellite Radio, Inc. in the above captioned matter, be granted.

                                      Respectfully submitted,

Dated:  August 7, 2008                  FISH & RICHARDSON P.C.

                                        By: _____
                                              David Francescani
                                              SDNY Bar Code : DF 9701
                                              Fish & Richardson P.C.
                                              Citigroup Center – 52nd Floor
                                              153 East 53rd Street
                                              New York, NY 10022-4611
                                              Telephone : 212-765-5070

                                        Attorneys for XM SATELLITE RADIO, INC.



## PROOF OF SERVICE

      I am employed in the County of New York. My business address is Fish & Richardson P.C., Citigroup Center, 52nd Floor, 153 East 53rd Street, New York, New York 10022-4611. I am over the age of 18 and not a party to the foregoing action.

      I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

      On August 7, 2008, I caused a copy of the following document(s):

**AFFIDAVIT OF DAVID FRANCESCANI IN SUPPORT OF MOTION TO ADMIT JOHN FRANCIS HORVATH PRO HAC VICE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| J. Kirkham Povall<br>S. Todd Jeffreys<br>POVALL & JEFFREYS, P.A.<br>215 North Pearman Avenue<br>P.O. Drawer 1199<br>Cleveland, Mississippi 38732<br>Telephone: (662) 843-9948<br>Facsimile: (662) 842-9957 | Plaintiff<br>SURFER INTERNET BROADCASTING OF MISSISSIPPI, LLC |
| Arianna Frankl<br>Dreier LLP<br>499 Park Avenue<br>New York, NY 10022<br>212-895-2002<br>Fax: 2128952900 | |
| William Monroe Quin, II<br>The Quinn Firm, PLLC<br>P.O. Box 16368<br>Jackson, MS 39236<br>(601) 957-7811 | |
| Nicholas Lazaros Coch<br>Vito J. DeBari<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9249<br>Fax: (212) 715-8000 | Defendant<br>SIRIUS SATELLITE RADIO, INC. |
| Paul Bowie Watkins, Jr.<br>Pope S. Mallette<br>Mayo Mallette, PLLC<br>P.O. Box 1456<br>Oxford, MS 38655<br>(662) 236-0055<br>Fax: (662) 236-0035 | |

| | | |
|---|---|---|
| [X] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |

| | | |
|---|---|---|
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on August 7, 2008, at New York, New York.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Neil B. Ramsaroop

30442418.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SURFER INTERNET BROADCASTING OF MISSISSIPPI, LLC<br><br>    Plaintiff,<br><br>v.<br><br>XM SATELLITE RADIO, INC. and SIRIUS SATELLITE RADIO, INC.<br><br>    Defendants. | 08-CV-06357 (RMB) |

**NOTICE OF MOTION AND MOTION FOR ADMISSION
PRO HAC VICE OF JOHN FRANCIS HORVATH**

The undersigned counsel hereby moves for the admission *pro hac vice* of John Francis Horvath. In support of this motion, the undersigned states as follows:

1. I am an attorney with the firm Fish & Richardson P.C., attorneys for the defendant XM Satellite Radio, Inc. ("Defendant") in this matter.

2. I am a member of the Bar of the State of New York and have been admitted to the United States District Court for the Southern District of New York since July 1969.

3. Mr. Horvath is a member in good standing of the bar of the Supreme Court of The State of California .

4. Mr. Horvath's Certificate of Good Standing from the Supreme Court of The State of California is attached hereto as Exhibit A.

5. A proposed Order granting this motion is attached hereto as Exhibit B.

WHEREFORE, the undersigned respectfully requests the admission pro hac vice of John Francis Horvath.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | FISH & RICHARDSON P.C. |
| Dated: August 7, 2008 | By: /s/ David Francescani<br>David Francescani<br>SDNY Bar Code: DF 9701<br>Fish & Richardson P.C.<br>Citigroup Center - 52nd Floor<br>153 East 53rd Street<br>New York, NY 10022-4611<br>Telephone: 212-765-5070 |
|  | Attorney for XM SATELLITE RADIO, INC. |

## PROOF OF SERVICE

I am employed in the County of New York. My business address is Fish & Richardson P.C., Citigroup Center, 52nd Floor, 153 East 53rd Street, New York, New York 10022-4611. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On August 7, 2008, I caused a copy of the following document(s):

**NOTICE OF MOTION AND MOTION FOR ADMISSION PRO HAC VICE OF JOHN FRANCIS HORVATH**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| J. Kirkham Povall<br>S. Todd Jeffreys<br>POVALL & JEFFREYS, P.A.<br>215 North Pearman Avenue<br>P.O. Drawer 1199<br>Cleveland, Mississippi 38732<br>Telephone: (662) 843-9948<br>Facsimile: (662) 842-9957 | Plaintiff<br>SURFER INTERNET<br>BROADCASTING OF MISSISSIPPI,<br>LLC |
| Arianna Frankl<br>Dreier LLP<br>499 Park Avenue<br>New York, NY 10022<br>212-895-2002<br>Fax: 2128952900 | |
| William Monroe Quin, II<br>The Quinn Firm, PLLC<br>P.O. Box 16368<br>Jackson, MS 39236<br>(601) 957-7811 | |
| Nicholas Lazaros Coch<br>Vito J. DeBari<br>Kramer, Levin, Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>(212) 715-9249<br>Fax: (212) 715-8000 | Defendant<br>SIRIUS SATELLITE RADIO, INC. |
| Paul Bowie Watkins, Jr.<br>Pope S. Mallette<br>Mayo Mallette, PLLC<br>P.O. Box 1456<br>Oxford, MS 38655<br>(662) 236-0055<br>Fax: (662) 236-0035 | |

| | | |
|---|---|---|
| [X] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |

| | | |
|---|---|---|
| ☐ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on August 7, 2008, at New York, New York.

*[signature]*
Neil B. Ramsaroop

30442418.doc

# Exhibit A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 30, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN FRANCIS HORVATH, #207642 was admitted to the practice of law in this state by the Supreme Court of California on June 12, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# Exhibit B

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Surfer Internet Broadcasting of Mississippi, Inc.

Plaintiff,

- against -

XM Satellite Radio, Inc and Sirius Satellite Radio, Inc.

Defendant.

8 cv 06357 (rmb)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David Francescani attorney for XM Satellite Radio, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John Francis Horvath |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 111 Congress Ave #810 |
| City/State/Zip: | Austin, TX 78701 |
| Telephone/Fax: | (512) 472-5070 |
| Email Address: | Horvath@fr.com |

is admitted to practice pro hac vice as counsel for XM Satellite Radio, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006