SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Surfer Internet Broadcasting of Mississippi, Inc.

Plaintiff,

- against -

XM Satellite Radio, Inc and Sirius Satellite Radio, Inc.

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

8 cv 06357 (rmb)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David Francescani attorney for XM Satellite Radio, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John Francis Horvath |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 111 Congress Ave #810 |
| City/State/Zip: | Austin, TX 78701 |
| Telephone/Fax: | (512) 472-5070 |
| Email Address: | Horvath@fr.com |

is admitted to practice pro hac vice as counsel for XM Satellite Radio, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/13/08
City, State: New York, NY

*Richard M. Berman*

United States District ~~Magistrate~~ Judge