# DREIER LLP

ATTORNEYS AT LAW

RECEIVED
AUG 29 2008
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/2008

August 29, 2008

**VIA Hand-Delivery**

The Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007-1312

**MEMO ENDORSED**

      Re:    *Surfer Internet Broadcasting of Mississippi, LLC v. XM Satellite Radio, Inc. et al.*, Case Number: 1:08-cv-6357 (RMB)

Dear Judge Berman:

We represent Plaintiffs in the above-referenced action. As instructed by your office, we write concerning the notice rescheduling an Initial Pretrial Conference. According to the notice, the Pretrial conference previously scheduled for September 2, at 9:00 A.M. is now scheduled for 10:00 A.M. on September 2, 2008. We never received notice for the previously scheduled conference at 9:00AM and only received notice rescheduling the Pretrial conference on August 29, 2008. As such, we respectfully request that the conference currently scheduled before the Court on September 2, 2008 be adjourned. We have yet to make any requests for an adjournment or an extension in this action.

Counsel for Defendants have reviewed this letter and agree with its contents.

Respectfully submitted,

Nikitas E. Nicolakis

*Application granted. Conference adjourned to 9/11/08 at 9:30 a.m.*

**SO ORDERED:**
Date: 8/29/08
Richard M. Berman, U.S.D.J.

199 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00384069.DOC;}